IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 12-0561
 ((((((((((((((((

 Lambert Adumekwe, Petitioner

 v.

 NEW HAMPSHIRE INSURANCE COMPANY, Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion for extension of time to file petition for review,
filed on June 25, 2012, is ABATED.
 2. The case is removed from the Court's active docket. It is the
parties' responsibility to immediately notify this Court once the court of
appeals' decision is final. See Tex. R. App. P. 53.7(a).

 Done at the City of Austin, this 13th day of July, 2012.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk